# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Manuel Alvarez-Leon,<br><br>            Petitioner,<br><br>v.<br><br>Unknown Party, et al.,<br><br>            Respondents. | No. CV-26-04402-PHX-SHD<br><br>**ORDER** |

On July 2, 2026, the Court entered judgment in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents (on their concession) to immediately release Petitioner from immigration custody. (Doc. 11.)  On July 20, 2026, Petitioner filed a Motion to Enforce, indicating he remains in immigration detention. (Doc. 13.)

**IT IS THEREFORE ORDERED** Respondents must file a response to Petitioner's Motion to Enforce no later than **July 22, 2026**.

Dated this 21st day of July, 2026.

_____
Honorable Sharad H. Desai
United States District Judge